Case 2:15-cv-00073-MKD    Document 27    Filed 03/30/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2016

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| ANGELA ROCHELLE FARMER, | |
|---|---|
| Plaintiff, | No. 2:15-CV-0073-MKD |
| v. | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**.  Judgment is entered for Defendant.

DATED: March 30, 2016

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By:  *s/Tonia Ramirez*
                                            Deputy Clerk